**Order entered June 16, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01577-CV

**WAYNE A. RAND, Appellant**

**V.**

**DOROTHY DENNISE RAND, Appellee**

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-1306590**

## ORDER

By postcard dated June 2, 2015, appellant, a pro se inmate, was informed his brief was overdue and was directed to file the brief and an extension motion within ten days. However, the postcard was sent in error. The thirty-day deadline for filing appellant's brief is determined by the later of the date the clerk's record was filed or the date the reporter's record was filed. *See* TEX. R. APP. P. 38.6(a). The reporter's record in this appeal was filed April 30, 2015, but the complete clerk's record was not filed until June 1, 2015. Accordingly, appellant's brief could not be overdue as of June 2, 2015.

We **ORDER** appellant to file his brief no later than July 16, 2015.

/s/      CRAIG STODDART
JUSTICE